**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RHONDA PANTELLAS LOWE,        :   No. 15 MAP 2025
                                                       :

            Appellant         :   Appeal from the order of the
                                                       :   Commonwealth Court at No. 571
                                                       :   MD 2024 dated January 30, 2025
                                                       :

               v.                           :
                                                         :
                                                         :

PENNSYLVANIA DEPARTMENT OF       :
BANKING AND SECURITIES,              :
PENNSYLVANIA DEPARTMENT OF       :
BANKING AND SECURITIES                :
COMMISSION; JAMES R. BIERY, IN HIS    :
OFFICIAL CAPACITY AS COMMISSIONER   :
OF THE PENNSYLVANIA  DEPARTMENT     :
OF BANKING AND SECURITIES           :
COMMISSION; VINCENT J. GASTGEB,     :
IN HIS OFFICIAL CAPACITY AS           :
COMMISSIONER OF THE                   :
PENNSYLVANIA DEPARTMENT OF       :
BANKING AND SECURITIES                :
COMMISSION; WILLIAM D. LUTERMAN,    :
IN HIS OFFICIAL CAPACITY AS           :
COMMISSIONER OF THE                   :
PENNSYLVANIA DEPARTMENT OF       :
BANKING AND SECURITIES                :
COMMISSION; MARY ZENNER, IN HER     :
OFFICIAL CAPACITY AS COMMISSIONER   :
OF THE PENNSYLVANIA DEPARTMENT      :
OF BANKING AND SECURITIES           :
COMMISSION; WENDY R. SPICHER,       :
IN HER OFFICIAL CAPACITY AS          :
COMMISSIONER OF THE                   :
PENNSYLVANIA DEPARTMENT OF       :
BANKING AND SECURITIES                :
COMMISSION,                         :
                                                         :
            Appellees         :

**ORDER**

**PER CURIAM**                                    **DECIDED:  September 25, 2025**

       **AND NOW,** this 25th day of September, 2025, the order of the Commonwealth Court is **AFFIRMED**.  Appellant's Application for Oral Argument is **DENIED**.